# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br>**Brown Cinder Block Residence Located at Milepost 391.1 on the south side of Highway 264 in Polacca, AZ.** | Case No. 21-5169MJ |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona (identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before  August 27, 2021
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.
☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

Magistrate Judge on duty in Phoenix, Arizona
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for days *(not to exceed 30)*
☐ until, the facts justifying the later specific date of

Date and time issued: August 14, 2021 at 12:06 a.m.

*Judge's signature*

City and State: Phoenix, Arizona    Hon. Deborah M. Fine U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A – PLACE TO BE SEARCHED

This warrant is to search a brown cinder block residence located at milepost 391.1 on the south side of highway 264 in Polacca, which is on the Hopi Indian Reservation (Indian Country) in the District of Arizona. The residence is depicted in the photograph below:



# ATTACHMENT B – ITEMS TO BE SEARCHED FOR AND SEIZED

1. Any evidence of assault, a shooting, and/or homicide, including biological evidence which may contain DNA evidence, such as dried blood or substances that appear to be blood, which may be on the floors, walls, clothing, bedding, furniture, weapons, or items used to clean up same (such as cloth towels, washcloths, or paper towels).

2. Any weapon(s) or item(s) that could be used as a weapon or pieces/parts of a weapon related to the death investigation, including any sharp/blunt edged objects including but not limited to knives, and any firearms or firearms evidence such as ammunition that are in the residence or within the curtilage of the residence.

3. Evidence of the possession and/or use of any unlawfully possessed controlled substances (e.g., methamphetamine) and paraphernalia (e.g., pipes, bongs, pushers, small baggies containing any possible drug residue).

4. Evidence of the possession and/or use of intoxicating liquor, including: alcoholic beverages, empty or partially empty cans, bottles, or containers for intoxicating liquor (e.g., beer cans or whiskey bottles); and receipts of the purchase of intoxicating liquor/alcoholic beverages.

5. Indicia of ownership, occupancy, and/or use of the residence, including such things as mail (e.g., bills) that may be addressed to the occupant(s); driver's licenses and/or identification cards; personal property such as clothing that may identify the owners and/or occupants of the structure; and photographs of the owners and/or occupants at the structure.

6. Photographs and/or video footage of the residence and the things seized.

7. Cellular phones or electronic devices (for which a subsequent search and seizure warrant application may be submitted).

8. ~~Vehicles on the property.~~

FAX or Internet

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of: )
)  Case No. 21-5169MJ
**Brown Cinder Block Residence Located at** )
**Milepost 391.1 on the south side of Highway 264** )
**in Polacca, AZ.** )

### ELECTRONIC APPLICATION FOR SEARCH AND SEIZURE WARRANT

I, F.B.I. Special Agent Timothy M. Hornbeck, a federal law enforcement officer for the government, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**See Attachment A.**

located in the District of Arizona, there is now concealed *(identify the person or describe the property to be seized)*:

**See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

[X] evidence of a crime;
[X] contraband, fruits of crime, or other items illegally possessed;
[X] property designed for use, intended for use, or used in committing a crime;
[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1153, 1111 | Murder |

The application is based upon the following facts:

[X] Continued on the attached sheet (see attached **Attachment C – Affidavit**).
[ ] Delayed notice _____ days (give exact ending date if more than 30 _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Christina Covault  *CWC*

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 13, 2021

*Applicant's Signature*

Tmothy M. Hornbeck, F.B.I. Special Agent
*Printed Name and Title*

**Sworn by Telephone**

Date/Time: August 14, 2021 at 12:06 a.m.

Date: August 14, 2021

*Judge's Signature*

City and State: Phoenix, AZ

Deborah M. Fine,
United States Magistrate Judge
*Printed Name and Title*

## ATTACHMENT A – PLACE TO BE SEARCHED

This warrant is to search a brown cinder block residence located at milepost 391.1 on the south side of highway 264 in Polacca, which is on the Hopi Indian Reservation (Indian Country) in the District of Arizona. The residence is depicted in the photograph below:



## ATTACHMENT B – ITEMS TO BE SEARCHED FOR AND SEIZED

1. Any evidence of assault, a shooting, and/or homicide, including biological evidence which may contain DNA evidence, such as dried blood or substances that appear to be blood, which may be on the floors, walls, clothing, bedding, furniture, weapons, or items used to clean up same (such as cloth towels, washcloths, or paper towels).

2. Any weapon(s) or item(s) that could be used as a weapon or pieces/parts of a weapon related to the death investigation, including any sharp/blunt edged objects including but not limited to knives, and any firearms or firearms evidence such as ammunition that are in the residence or within the curtilage of the residence.

3. Evidence of the possession and/or use of any unlawfully possessed controlled substances (e.g., methamphetamine) and paraphernalia (e.g., pipes, bongs, pushers, small baggies containing any possible drug residue).

4. Evidence of the possession and/or use of intoxicating liquor, including: alcoholic beverages, empty or partially empty cans, bottles, or containers for intoxicating liquor (e.g., beer cans or whiskey bottles); and receipts of the purchase of intoxicating liquor/alcoholic beverages.

5. Indicia of ownership, occupancy, and/or use of the residence, including such things as mail (e.g., bills) that may be addressed to the occupant(s); driver's licenses and/or identification cards; personal property such as clothing that may identify the owners and/or occupants of the structure; and photographs of the owners and/or occupants at the structure.

6. Photographs and/or video footage of the residence and the things seized.

7. Cellular phones or electronic devices (for which a subsequent search and seizure warrant application may be submitted).

8. ~~Vehicles on the property.~~

## ATTACHMENT C

## ELECTRONICALLY SUBMITTED AFFIDAVIT

I, Timothy M. Hornbeck, Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

1. I am a Special Agent with the FBI, currently assigned to the Phoenix Division, Flagstaff Resident Agency, in Flagstaff, Arizona. I have been so employed since September 2019. I received training at the Federal Bureau of Investigation Training Academy, and have experience including, but not limited to, investigating major crimes that occur on Indian reservations, and specifically the Hopi Indian Reservation, Indian Country, within the District of Arizona (AZ).

2. I make this affidavit in support of a search warrant for a brown cinder block residence located at milepost 391.1 on the south side of highway 264 in Polacca, AZ which is on the Hopi Indian Reservation (Indian Country) in the District of Arizona. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Section 1111(a) have occurred. There is also probable cause to search the residence fully described in **Attachment A** and to seize evidence of these crimes or fruits of these crimes, as specifically described in **Attachment B**.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators and witnesses. Specifically, the information contained in this affidavit was relayed to me by FBI SA Dawn Martin, who is currently on scene and conducting an investigation. This

1

affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I have set forth only the facts I believe are necessary to establish probable cause for a search warrant.

4.      Based on your Affiant's training, education, and experience, the Hopi Indian Tribe is a federally recognized Indian Tribe.

## PROBABLE CAUSE

5.      On August 13, 2021, Hopi Law Enforcement Services (HLES) in Kykotsmovi, AZ, received a report of a male who was shot in the vicinity of Polacca, AZ.

6.      On the evening of August 13, 2021, SA Dawn Martin received telephonic notification from HLES that a deceased male, B.C., DOB X/X/1989 ("B.C."), was discovered at the residence described in **Attachment A.**

7.      After receiving the report of the male who was shot, HLES officers responded to the residence, made entry, cleared the residence, and confirmed that B.C. was deceased. There were no other occupants in the residence at the time.

8.      Responding officers did not locate a firearm inside of the residence.

9.      HLES secured the residence and awaited the physical response of the FBI in order to process the scene.

10.     Attempts to locate and communicate with the owner of the residence, B.W. have been unsuccessful.

11.     Responding officers interviewed the complainant, A.T., who stated she was at the residence with the victim, B.C., when an unknown female entered the residence, pulled

2

A.T. out of the room, instructed her to drop all of her belongings, and told her to leave. The unknown female had a shotgun with a wood stock and a long barrel that was rusted. The unknown female took A.T.'s ID and said, "If the cops find out, it will not be you, it will be your family." The unknown female escorted A.T. out of the residence.

12. When A.T. left the residence, she heard a gunshot.

13. SA Martin is on scene conducting further investigation.

## CONCLUSION

14. Based on the foregoing, your affiant believes there is probable cause to support that violations of federal law have occurred as described above. The place to be searched is particularly described in **Attachment A**, and the things to be searched for and/or seized are described with particularly in **Attachment B**. Accordingly, your Affiant requests the issuance of a federal search and seizure warrant for a brown cinder block residence located at milepost 391.1 on the south side of highway 264 in Polacca, AZ.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

_____
Special Agent Timothy M. Hornbeck
Federal Bureau of Investigation

**Telephonically** sworn this 14th day of August, 2021. at 12:06 a.m.

_____
The Honorable Deborah M. Fine
United States Magistrate Judge

3